IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Crystal M

Printed: 9/4/07

Case Number: 05 B 61603
Judge: Hollis, Pamela S
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: August 31, 2007
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,100.00 |  |
| Secured: |  | 2,303.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,530.20 |
| Trustee Fee: |  | 266.10 |
| Other Funds: |  | 0.00 |
| Totals: | 5,100.00 | 5,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,430.20 | 2,530.20 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 5,065.04 | 1,013.58 |
| 4. | Ford Motor Credit Corporation | Secured | 3,829.81 | 1,290.12 |
| 5. | Ford Motor Credit Corporation | Unsecured | 896.57 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 18.68 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 17.12 | 0.00 |
| 8. | Nicor Gas | Unsecured | 47.12 | 0.00 |
| 9. | Ameriquest Mortgage Company | Secured | | No Claim Filed |
| 10. | Account Management Service | Unsecured | | No Claim Filed |
| 11. | ASC For Norwest Home Imp | Unsecured | | No Claim Filed |
| 12. | AMC Mortgage Services Inc | Unsecured | | No Claim Filed |
| 13. | Ameriquest Mortgage Company | Unsecured | | No Claim Filed |
| 14. | Scherer Management | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Ford Credit | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Household Bank FSB | Unsecured | | No Claim Filed |
| 20. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | SBC | Unsecured | | No Claim Filed |
| 23. | Scherer Management | Unsecured | | No Claim Filed |
| 24. | State Collection Service | Unsecured | | No Claim Filed |
| 25. | Wells Fargo Auto Finance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Brown, Crystal M | Case Number: 05 B 61603 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 9/4/07 | Filed: 10/16/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Marjorie Eldrenkamp | Unsecured | | No Claim Filed |
| 27. | Verizon Wireless | Unsecured | | No Claim Filed |
| 28. | Village Of Lynwood | Unsecured | | No Claim Filed |
| 29. | Net Zero | Unsecured | | No Claim Filed |
| 30. | State Collection Service | Unsecured | | No Claim Filed |

$ 13,304.54          $ 4,833.90

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 125.13 |
| 5% | 44.29 |
| 4.8% | 64.28 |
| 5.4% | 32.40 |
| | $ 266.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_